*Floyd E. Thompson, Edward J. Farrell,* and *John J. Healy* for Samuel Insull, Jr. et al., respondents in Nos. 821 and 822, and petitioners in Nos. 823 and 824; and *Messrs. Donald F. McPherson, Kenneth F. Burgess,* and *James F. Oates, Jr.,* for Stanley Field, petitioner in No. 827 and respondent in No. 822.

No. 834. Dow *v.* ICKES, SECRETARY OF THE INTERIOR, ET AL. February 16, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. William G. Symmers* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Archibald Cox* for respondents.

No. 853. SHICK *v.* GOODMAN, TRUSTEE. February 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edwin C. Emhardt* for petitioner. *Mr. Charles H. Weidner* for respondent.

No. 861. UNITED SERVICES AUTOMOBILE ASSOCIATION *v.* HARMAN ET AL. February 16, 1942. Petition for writ of certiorari to the Court of Civil Appeals, 4th Supreme Judicial District, of Texas, denied. *Mr. Henry I. Quinn* for petitioner. *Messrs. Max Sokol, Samuel S. Smalkin,* and *George Clark* for respondents.

No. 867. HERZOG ET AL., CO-PARTNERS, TRADING AS COLUMBIA PICKLE WORKS, *v.* DORMAN, TRUSTEE. February 16, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr.*